IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 2 6 2010

BY D. MARK JONES, CLERK

DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN B. TUCKER,<br><br>    Defendant. | **ORDER**<br><br>Case No. 2:04-CR-170<br><br>Judge Dee Benson |

This matter is before the court on defendant Brian Tucker's petition for writ of error

coram nobis. (*See* Dkt. No. 236.) Having reviewed the petition, and being fully apprised of the

law and facts, the court dismisses Mr. Tucker's petition.

Rule 60(e) of the Federal Rules of Civil Procedure expressly abolishes writs of corum

nobis, among others. The Supreme Court has held that relief in the nature of coram nobis is

nonetheless available in the criminal context through the All Writs Act. *See United States v.*

*Morgan*, 346 U.S. 502, 507–10 (1954). The coram nobis remedy is used "to attack a judgment that

was infirm [at the time it issued], for reasons that later came to light." *United States v. Torres*, 282

F.3d 1241, 1245 n.6 (10th Cir. 2002). Coram nobis is used only in those rare situations in which a

petitioner is no longer in custody and relief under § 2255 or by writ of habeas corpus is thus

unavailable. *See Embrey v, United States*, 240 Fed. Appx. 791, 793–94 (10th Cir. 2007) (holding

writ of coram nobis is only available when other remedies and forms of relief are unavailable or

inadequate); *Godoski v. United States*, 304 F.3d 761, 762 (7th Cir. 2002) ("[C]oram nobis is used

only in those rare situations when the defendant is no longer in custody, rendering 28 U.S.C. §

2255 unavailable"). A writ of coram nobis is an extraordinary remedy. *See Carlisle v. United*

*States*, 517 U.S. 416, 429 (1996) ("[I]t is difficult to conceive of a situation in a federal criminal

case today where [a writ of coram nobis] would be necessary or appropriate."). Here, the premise of coram nobis is unsatisfied because Mr. Tucker is in federal custody with other forms of relief available to him. Accordingly, Mr. Tucker's petition is dismissed.

IT IS SO ORDERED.

DATED this 26th day of July, 2010.

Dee Benson
United States District Judge